UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | Bankruptcy No. 02-3813 |
| | ) | |
| | ) | MOTION TO WITHDRAW FROM |
| CAROL BLACK | ) | REPRESENTATION |
| | ) | |
| Debtor | ) | |
| | ) | |

---

COMES NOW Penelope Souhrada, counsel for Carol Black, and for her Motion to Withdraw from Representation, states:

Counsel seeks to withdraw from the representation for the reason that the debtor has substantially failed to perform her duties as a client.

WHEREFORE, Counsel respectfully requests that the Court set the matter for hearing on May 19, 2004 at the same time as the Trustee's Motion to Dismiss, and grant Counsel's Motion to Withdraw from Representation.

\s\ Penelope C. Souhrada
Penelope C. Souhrada
IS 9999795
Attorney for Debtor
601 Brady St. #300
Davenport, IA 52803
563-322–0455
563-322-2300 (fax)

CERTIFICATE OF MAILING

    In accordance with Rule 7004 of the Federal Bankruptcy Rules, the undersigned hereby certifies that the attached Motion to Withdraw was served upon the individuals set forth below by placing a copy thereof addressed to said individuals in the United States mail, first class postage prepaid, on the 4th day of May, 2004.

    United States Trustee
    210 Walnut Street - Suite 517
    Des Moines, IA  50309-2108

    Albert C. Warford
    Chapter 13 Trustee
    505 5th Ave. Suite 1020
    Des Moines, IA 50309

    Carol Black
    715 Skiview Drive
    Sherrard, IL 61281

    \s\ Penelope C. Souhrada
    Penelope C. Souhrada

Penelope C. Souhrada
601 Brady Street - Suite 300
Davenport, Iowa   52803
(563) 322-0455
IS 9999795